PROB 12M
(10/01-D/CO)

UNITED STATES DISTRICT COURT

for

DISTRICT OF COLORADO

U. S. A. vs. JOEL OLSSON                              Docket No. 07-cr-00318-WDM

**Petition for Modification of Conditions of Supervised Release**

COMES NOW, Gary R. Kruck, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of JOEL OLSSON who was placed on supervision by the Honorable Laurie Smith Camp sitting in the court in the District of Nebraska, on the 28th day of August 2003, who fixed the period of supervision at three (3) years, commencing June 20, 2006, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. Paragraph #7 of the Standard Conditions of Supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance.

2. The defendant shall be subject to the search of the defendant's premises, vehicle or person, day or night, with or without a warrant, at the request of the U.S. Probation Officer to determine the presence of alcohol and/or controlled substances, firearms, or any other contraband. Any such items found may be seized by the U.S. Probation Officer. This condition may be invoked with or without the cooperation of law enforcement officers.

3. The defendant shall attend, pay for, and successfully complete any diagnostic evaluation, treatment of counseling program, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the U.S. Probation Officer.

4. The defendant shall participate in the Victim Awareness Program as directed by the U.S. Probation Officer.

5. The defendant shall complete 150 hours of community service as approved and directed by the U.S. Probation Officer. The defendant shall be responsible for providing the U.S. Probation Officer with written proof of the number of hours completed.

6. The defendant shall attend, pay for, and successfully complete any mental health diagnostic evaluations and treatment or counseling programs as directed by the U.S. Probation Officer.

7. Pursuant to 18 U.S.C. § 3583 (d), the defendant shall submit to a drug test within fifteen (15) days of release on supervised release and at least two (2) periodic drug tests thereafter to determine whether the defendant is using a controlled substance. Further, the defendant shall submit to such testing as requested by any U.S. Probation Officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances. Based on the defendant's ability to pay, the defendant shall pay for the collection of urine samples to be tested for the presence of alcohol and/or controlled substances in an amount to be determined by the probation officer.

8. The defendant shall report to the Supervision Unit of the U.S. Probation Office for the District of Nebraska between the hours of 8:00 a.m. and 4:30 p.m., 111 South 18th Plaza, Suite C79, Omaha, Nebraska, (402) 661-7555, within seventy-two (72) hours of release from confinement.

**On July 23, 2007, jurisdiction of this case was transferred from the District of Nebraska to the District of Colorado.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The Probation Officer requests a modification of the defendant's conditions of supervised release as described in the attachment which is incorporated by reference.

I state under penalty of perjury that the foregoing matters are true and correct to the best of my knowledge and belief.

Executed this 15th day of August, 2007.

s/ Gary R. Kruck
Gary R. Kruck,
Senior U.S. Probation Officer

ORDER OF THE COURT

Based upon the foregoing, I find sufficient cause exists to modify the defendant's conditions of supervised release. I order the conditions of supervised release be modified to include a special condition requiring the defendant to ingest monitored antabuse if not medically contraindicated.

Dated this 17th day August, 2007

s/ Walker D. Miller
_____
WALKER D. MILLER,
United States District Judge

ATTACHMENT

On June 20, 2006, the conditions of supervised release were read and explained to the defendant. On that date he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them. The term of supervised release commenced on June 20, 2006.

On August 1, and 13, 2007, respectively, the defendant and his attorney executed a form entitled "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision" which waives the right to a hearing and agrees to the proposed modification of his conditions of supervised release. AUSA Jim Allison has been consulted and has no objection to the proposed modification.

This petition is based on the following facts:

On June 30, 2007, the defendant submitted to a random breath test at Correctional Management Incorporated (CMI) which tested positive for alcohol.

On July 2, 2007, the defendant admitted that he has consumed alcohol on occasion over the past four months. The defendant was placed on daily breath tests and was referred to CMI to complete a substance abuse/mental health assessment.

On July 28, 2007, the defendant submitted to a random breath test at CMI which tested positive for alcohol. The defendant admitted using alcohol.

The Probation Office recommends that the defendant's conditions of supervised release be modified to include a special condition requiring the defendant to ingest monitored antabuse if not medically contraindicated.

The defendant has been placed into substance abuse/mental health treatment. The defendant is currently attending both individual and group treatment. The defendant will continue to provide random urine specimens at the most frequent testing phase level and will continue to submit daily breath tests.