IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00318-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL OLSSON,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The supervised release violation hearing is rescheduled to **November 5, 2009, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: October 19, 2009

                                                s/ Jane Trexler, Judicial Assistant